UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMAR RASHAD GEETER,<br>   Plaintiff,<br>  v.<br>MARCUS POLLARD, et al.,<br>   Defendants. | Case No. 20-cv-02188-VKD<br><br>**ORDER TO SHOW CAUSE RE PETITION FOR HABEAS CORPUS** |

Petitioner Jamar Geeter, a prisoner of the State of California, filed a habeas corpus petition pursuant to 28 U.S.C. § 2254. Mr. Geeter has paid the $5.00 filing fee. His petition sets forth several claims challenging the constitutionality of his conviction in state court. Specifically, Mr. Geeter claims:

- "Petitioner was denied his Fifth Amendment right to testify in his own defense and his Fourteenth Amendment right to a fair trial when the trial court instructed the jury with CALCRIM 361, because the instruction improperly singled out his testimony for special scrutiny."
- "Petitioner was denied his Fourteenth Amendment right to Due Process when the trial court erroneously admitted highly prejudicial other crimes evidence."
- "Petitioner was denied his Fourteenth Amendment right to Due Process when the trial court improperly permitted Detective Bray to testify that he believed Z.H. because a witness may not express an opinion on a defendant's guilt or innocence."
- "Petitioner was denied his Fourteenth Amendment right to Due Process by the cumulative effect of multiple trial errors."

Dkt. No. 1 ¶¶ 10-13.

These claims, when liberally construed, are cognizable and potentially meritorious. Good cause appearing, respondent Marcus Pollard is hereby ordered to show cause why the petition should not be granted.

In order to expedite the resolution of this case, it is further ordered as follows:

1. The Clerk shall serve Mr. Pollard and his attorney, the Attorney General of the State of California, with a copy of this order and the petition with all attachments.

2. Consistent with Habeas Local Rule 2254-6, Mr. Pollard shall file with the Court and serve on petitioner, within 60 days of service of the petition and this order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be granted based on the claims found cognizable herein. Mr. Pollard shall file with the answer and serve on Mr. Geeter a copy of all portions of the state trial record that have been transcribed previously and that are relevant to a determination of the issues presented by the petition.

3. If Mr. Geeter wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Mr. Pollard within 30 days of the date the answer is filed.

4. Mr. Pollard may file, within 60 days, a motion to dismiss on procedural grounds in lieu of an answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases. If Mr. Pollard files such a motion, Mr. Geeter shall file with the Court and serve on Mr. Pollard an opposition or statement of non-opposition within 30 days of the date the motion is filed, and Mr. Pollard shall file with the Court and serve on Mr. Geeter a reply within 14 days of the date any opposition is filed.

5. The Clerk shall send a notice to Messrs. Geeter and Pollard regarding consenting to or declining the jurisdiction of a magistrate judge.

**IT IS SO ORDERED.**

Dated: April 8, 2020

VIRGINIA K. DEMARCHI
United States Magistrate Judge